

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00075-CV

**WITTY YETI, LLC**, and John Doe,
Appellant

v.

Janelle **PLUMMER**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI17456
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order overruling appellant Witty Yeti, LLC's special appearance is REVERSED and judgment is RENDERED dismissing appellee Janelle Plummer's lawsuit against appellant Witty Yeti, LLC for lack of personal jurisdiction. Further, appellee Janelle Plummer's motion to dismiss for lack of jurisdiction is DENIED.

We ORDER that appellant Witty Yeti, LLC shall recover from appellee Janelle Plummer the costs incurred in this court.

SIGNED August 3, 2022.


_____
Rebeca C. Martinez, Chief Justice